1  Cristina C. Arguedas (Ca. BN 87887)
   Ted W. Cassman (Ca. BN 98932)
2  Raphael M. Goldman (Ca. BN 229261)
   ARGUEDAS, CASSMAN & HEADLEY, LLP
3  803 Hearst Avenue
   Berkeley, CA  94710
4  Telephone: (510) 845-3000

5  Attorneys for Paul Devine

**FILED**

AUG 1 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6                UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                     SAN JOSE DIVISION

9   | UNITED STATES OF AMERICA, | No. CR 10-00603 JW (HRL) |
10  | Plaintiff, | |
11  | vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING BAIL HEARING |
12  | PAUL SHIM DEVINE and ANDREW ANG, | |
13  | | |
14  | Defendants. | |

16      The United States of America and defendant Paul Devine, by and through

17  undersigned counsel, hereby stipulate and agree as follows:

18      The parties are presently scheduled to appear before the Court to conduct a bail

19  hearing on August 18, 2010 at 1:30 p.m.  The parties are engaged in discussions

20  concerning the possibility of finding mutually-acceptable conditions for Mr. Devine's

21  release.  However, the parties need additional time to continue the discussions.  The

22  parties agree that the date for the bail hearing should be continued to Monday, August

1   23, 2010 at 1:30 p.m.  The parties further agree that the continuance is supported by

2   "good cause" because the ongoing discussions may obviate the need for a contested

3   bail hearing.  *See* 18 U.S.C. § 3142(f).

4                                                     So stipulated,

5   Dated: August 17, 2010                 MELINDA HAAG
                                                        United States Attorney
6

7                                                     _____/s/_____
                                                        Michelle Kane
                                                        Assistant United States Attorney
8

9   Dated: August 17, 2010                 ARGUEDAS, CASSMAN & HEADLEY, LLP

10                                                    _____/s/_____
                                                        Raphael M. Goldman
11

                                                        Attorneys for Paul Devine
12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED,

14
                8/18/10                             _____
15                                                    Honorable Howard R. Lloyd
                                                        United States Magistrate Judge
16

17

18

19

20

21

22

23
    *United States v. Paul Devine*            2         No. CR 10-00603 JW (HRL)
                                                                  Stip. and [Proposed] Order Continuing Hearing