Cristina C. Arguedas (Ca. BN 87887)
Ted W. Cassman (Ca. BN 98932)
Raphael M. Goldman (Ca. BN 229261)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Paul Devine

**FILED**

AUG 1 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. PAUL SHIM DEVINE and ANDREW ANG, Defendants. | No. CR 10-00603 JW (HRL) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING BAIL HEARING |
|---|---|

The United States of America and defendant Paul Devine, by and through undersigned counsel, hereby stipulate and agree as follows:

The parties are presently scheduled to appear before the Court to conduct a bail hearing on August 18, 2010 at 1:30 p.m. The parties are engaged in discussions concerning the possibility of finding mutually-acceptable conditions for Mr. Devine's release. However, the parties need additional time to continue the discussions. The parties agree that the date for the bail hearing should be continued to Monday, August

1  23, 2010 at 1:30 p.m.  The parties further agree that the continuance is supported by

2  "good cause" because the ongoing discussions may obviate the need for a contested

3  bail hearing.  *See* 18 U.S.C. § 3142(f).

4                            So stipulated,

5  Dated: August 17, 2010           MELINDA HAAG
6                                   United States Attorney

7                                  /s/
8                                  Michelle Kane
                                Assistant United States Attorney

9  Dated: August 17, 2010           ARGUEDAS, CASSMAN & HEADLEY, LLP

10                                 /s/
11                                 Raphael M. Goldman

12                                 Attorneys for Paul Devine

13 PURSUANT TO STIPULATION, IT IS SO ORDERED,

14
15 8/18/10                             Honorable Howard R. Lloyd
                                United States Magistrate Judge