# AGREEMENT TO BE BOUND BY
# STIPULATED INTERIM PROTECTIVE ORDER

The undersigned, defendant PAUL S. DEVINE, and his counsel in the above-captioned case, 10-CR-00603-JW(HRL), hereby acknowledge that they have received a copy of the Stipulated Interim Protective Order, have read, understand, and agree to be bound by all of the provisions thereof, and hereby submit to the jurisdiction of the United States District Court for the Northern District of California for the purposes of enforcement of the terms of the Stipulated Interim Protective Order and the punishment of any violations thereof.

Dated: 8/26/10

_____
RAPHEL GOLDMAN
Attorney for defendant Devine

Dated: 8/26/10

_____
PAUL S. DEVINE
Defendant