UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME: 3 mins**

## CRIMINAL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:  November 15, 2010**  **Court Reporter: Summer Fisher**
**Case No.: CR-10-00603 JW**  **U.S. Probation Officer: N/A**
**Related Case No.: N/A**  **U.S. Pretrial Services Officer: N/A**
  **Interpreter:   N/A**

### TITLE

USA v.  Paul Shin Devine (NC)

**Attorney(s) for Plaintiff(s): Michelle Kane**
**Attorney(s) for Defendant(s): Raphael Goldman**

### PROCEEDINGS

Status Hearing

### ORDER AFTER HEARING

Hearing held.  The Court continued the matter to January 24, 2011 at 1:30 PM for a Further Status Hearing.  Time is excluded from November 15, 2010 through January 24, 2011 to accommodate defense counsel's discovery review and for the parties' efforts to resolve the matter short of trial.

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original: Efiled**
**CC:**