Cristina C. Arguedas (Ca. BN 87887)
Raphael M. Goldman (Ca. BN 229261)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Paul Devine

**FILED**

DEC 2 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL SHIM DEVINE and ANDREW ANG,<br><br>Defendants. | No. CR 10-00603 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
|---|---|

    The United States of America and defendant Paul Devine, by and through undersigned counsel, hereby stipulate and agree as follows:

    The Court admitted Mr. Devine to bail under certain conditions of release. Docket # 16. The release order requires Mr. Devine to remain within the Northern District of California, and also requires him to seek and maintain employment. *Id.* Mr. Devine has obtained a position that will require him to travel to San Diego from January 28 to February 6, 2011, and possibly also on later occasions to other cities within California.

1. The parties hereby stipulate and agree that the conditions of Mr. Devine's pretrial release should be amended to permit him to travel within California for the purposes of his employment, so long as he notifies and receives permission from his Pretrial Services officer prior to such travel. Undersigned counsel for Mr. Devine spoke with Mr. Devine's Pretrial Services officer, Jaime Carranza, who stated that his office supports this modification.

So stipulated,

Dated: December 20, 2010

MELINDA HAAG
United States Attorney

_____/s/_____
Michelle Kane
Assistant United States Attorney

Dated: December 20, 2010

ARGUEDAS, CASSMAN & HEADLEY, LLP

_____/s/_____
Raphael M. Goldman

Attorneys for Paul Devine

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Honorable ~~Howard R. Lloyd~~ Timothy J Bommer
United States Magistrate Judge