Cristina C. Arguedas (Ca. BN 87887)
Raphael M. Goldman (Ca. BN 229261)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Paul Devine

FILED

MAR 1 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL SHIM DEVINE and ANDREW ANG,<br><br>Defendants. | No. CR 10-00603 JW<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING BOND |
|---|---|

The United States of America and defendant Paul Devine, by and through undersigned counsel, hereby stipulate and agree as follows:

The Court admitted Mr. Devine to bail on September 24, 2011. Docket # 16. Mr. Devine and his family posted properties to secure the bond, including the equity in Mr. Devine's own home in Sunnyvale, California; the equity in the home of Mr. Devine's mother, Sophia Devine; and funds that Mr. Devine transferred from overseas accounts. *Id.* The bond was also secured by the signatures of Mr. Devine's wife, mother and

brother. *Id.*

Undersigned parties stipulate and agree that circumstances have changed significantly since the Court's release order, such that Mr. Devine presents a substantially less-serious flight risk.  Among other things, Mr. Devine has entered a guilty plea and the parties have executed a plea agreement that has terms that indicate that Mr. Devine has cooperated and will continue to cooperate with the government and this Court.

Furthermore, undersigned counsel understand that Mr. Devine has obtained employment during the period of his release, as contemplated by the Court's release order.  *See* Docket # 16.  However, Mr. Devine is no longer able to command a salary that permits him to continue to pay the mortgage for his family's house, which, as discussed, is one of the properties that secures Mr. Devine's bond.  The parties agree that the property should be released to Mr. Devine so that he may sell it and avoid defaulting on his home loan.

Undersigned counsel for Mr. Devine spoke today with Jaime Carranza, Mr. Devine's Pretrial Services Officer, who stated that his office has no objection to this modification.

Accordingly, the parties respectfully request that this Court enter an order directing that (a) the amount of Mr. Devine's bond shall remain the same; (b) the bond shall hereafter be secured by the equity in Sophia Devine's home, the foreign moneys posted by Mr. Devine with the Court, and the signatures of the sureties Nick Devine, Sophia Devine and Jung Hyun Devine; (c) the Clerk of the Court shall execute a

Reconveyance Deed reconveying the Sunnyvale, California property to Paul and Jung Hyun Devine; and (d) the Court's pretrial release order, as modified by the order at Docket #23, shall otherwise remain unchanged.

So stipulated,

Dated: March 11, 2011

MELINDA HAAG
United States Attorney

_____/s/_____
Michelle Kane
Assistant United States Attorney

Dated: March 11, 2011

ARGUEDAS, CASSMAN & HEADLEY, LLP

_____/s/_____
Raphael M. Goldman

Attorneys for Paul Devine

PURSUANT TO STIPULATION, IT IS SO ORDERED,

3/14/11

_____
United States Magistrate Judge