Cristina C. Arguedas (Ca. BN 87887)
Raphael M. Goldman (Ca. BN 229261)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Paul Devine

FILED

JUL 1 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. PAUL SHIM DEVINE and ANDREW ANG, Defendants. | No. CR 10-00603 EJD (HRL) **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
|---|---|

The United States of America and defendant Paul Devine, by and through undersigned counsel, hereby stipulate and agree as follows:

This Court admitted Mr. Devine to bail under certain conditions of release. Docket # 16. The release order generally requires Mr. Devine to remain within the Northern District of California, *see id.*, but the Court's order dated December 21, 2011 permits Mr. Devine to travel within California for purposes of his employment so long as he notifies and receives permission from his Pretrial Services officer prior to traveling, *see* Docket # 23. Mr. Devine's employment involves, among other responsibilities,

1  coordinating and managing financial aid seminars and consultations for high school
2  students in California, Arizona, Nevada, Washington and Hawaii.  Mr. Devine's
3  employer, SK Education Consulting Group, Inc., has requested that he be permitted to
4  occasionally travel to those states as part of his employment.
5  The parties hereby stipulate and agree that the conditions of Mr. Devine's pretrial
6  release should be amended to permit him to travel within the United States, including
7  outside of California, for the purposes of his employment, so long as he notifies and
8  receives permission from his Pretrial Services officer prior to such travel.  Undersigned
9  counsel for Mr. Devine spoke with Mr. Devine's Pretrial Services officer, Jaime
10 Carrenza, who stated that his office supports this modification.

So stipulated,

Dated: July 11, 2011

MELINDA HAAG
United States Attorney

/s/
Michelle Kane
Assistant United States Attorney

Dated: July 11, 2011

ARGUEDAS, CASSMAN & HEADLEY, LLP

/s/
Raphael M. Goldman

Attorneys for Paul Devine

PURSUANT TO STIPULATION, IT IS SO ORDERED,

7/12/11

United States Magistrate Judge