UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME**:1 hr 5 mins

## CRIMINAL MINUTES

**Judge: Edward J. Davila**          **Courtroom Deputy: Elizabeth Garcia**
**Date: December 1, 2014**           **Court Reporter: Irene Rodriguez**
**Case No.: CR-10-00603-EJD**        **U.S. Probation Officer: Karen Mar**
**Related Case No.: N/A**            **U.S. Pretrial Services Officer: N/A**
                                     **Interpreter: N/A**

### CASE TITLE

USA v. Paul Devine (NC)(P)

### APPEARANCES

**Attorney(s) for Government**: Michelle Kane
**Attorney(s) for Defendant(s)**: Raphael Goldman, Chris Arguedas

### PROCEEDINGS

**Sentencing hearing**

### ORDER AFTER HEARING

Hearing held in part. The Court sentenced the defendant as to Counts 1, 16, 17 and 23 of the Indictment and committed the defendant to the following: 12 months and one day as to each count, each term to run concurrently to each other; THREE (3) years supervised release at to each count, each term to run concurrently to each other; $400 special assessment; $4,464,664 restitution. Defendant shall self-surrender on February 19, 2014 by 2:00 PM. The Government moved to dismiss any remaining counts. The Court granted the request.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

**Elizabeth C. Garcia**
**Courtroom Deputy**
Original: Efiled – C. Escolano
CC: